**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02868-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KEITH HENDERSON,

    Plaintiff,

v.

HILTON HALL, et al.,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On October 20, 2014, Plaintiff submitted multiple documents to this Court. Four of the documents appear to be Plaintiff's attempt to appeal the dismissal of several cases in either the United States District Court for the Southern District of Georgia or the Northern District of Alabama. This Court is not an appellate court for either of the district courts. Plaintiff also appears to have filed a complaint regarding the conditions of his confinement and a request to proceed pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

The Court also is aware that Plaintiff is subject to 28 U.S.C. § 1915(g) filing restrictions and has been declared an abusive filer. *See In re Keith Henderson*, 2014

WL 198996 (S.D. Ga. Jan. 17, 2014). Plaintiff is warned that this Court will not tolerate abusive filings or the abuse of the federal court system.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X     is not submitted
(2)   __    is missing affidavit
(3)   __    Prisoner's trust fund statement does not cover the full **6-month period immediately preceding** this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   __    is not on proper form
(9)   __    names in caption do not match names in caption of complaint, petition or habeas application
(10)  __    other:

**Complaint, Petition or Application**:
(11)  __    is not submitted
(12)  X     is not on proper form
(13)  __    is missing an original signature by Plaintiff under "Declaration Under Penalty of Perjury" section of the Complaint form
(14)  __    is missing page nos. __
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    names in caption do not match names in text
(17)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain Court-approved forms used in this Court to file a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  A Court-approved form must be used to cure deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 22, 2014, at Denver, Colorado.

BY THE COURT:  
 s/ Boyd N. Boland  
United States Magistrate Judge