IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02868-GPG

KEITH HENDERSON,

    Plaintiff,

v.

HILTON HALL, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Keith Henderson currently is incarcerated at the Wheeler Correctional Facility in Alamo, Georgia. Plaintiff, a *pro se* prisoner litigant, initiated this action by filing multiple documents, four of which are an attempt to appeal the dismissal of several cases in either the Untied States District Court for the Southern District of Georgia or the Northern District of Alabama. Plaintiff also filed a complaint regarding the conditions of his confinement and a request to proceed pursuant to 28 U.S.C. § 1915.

Magistrate Judge Boyd N. Boland entered an order on October 22, 2014, and told Plaintiff that this Court is not an appellate court where he may appeal from a federal district court. Magistrate Judge Boland also directed Plaintiff to submit his claims and request to proceed pursuant to 28 U.S.C. § 1915 on proper Court-approved forms. Magistrate Judge Boland further informed Plaintiff that this Court is aware that he is subject to 28 U.S.C. § 1915(g) filing restrictions and was declared an abusive filer in *In re Keith Henderson*, 2014 WL 198996 (S.D. Ga. Jan. 17, 2014). Plaintiff also was

warned that this Court will not tolerate abusive filings or the abuse of the federal court system.

Plaintiff now has failed to communicate with the Court and to comply with the October 22, 2014 Order within the time allowed. The action, therefore, will be dismissed without prejudice for failure to cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  5th  day of   December  , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court