**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02868-LTB

KEITH HENDERSON,

    Plaintiff,

v.

HILTON HALL, et al.,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a Motion for Default Judgment, ECF No. 12, on December 31, 2014. The Motion is denied as moot. This action was dismissed on December 5, 2014, for failure to cure deficiencies and to prosecute.

Dated:  January 1, 2015